FLOCKHART FOUNDRY COMPANY, respondent,

*v.*

COX AUTOMATIC PIPE BENDING COMPANY, appellant.

[Decided May 19th, 1924.]

On appeal from a decree of the court of chancery, advised by Vice-Chancellor Backes, whose opinion is reported in *95 N. J. Eq. 382.*

*Mr. Elmer W. Demarest,* for the appellant.

*Messrs. McCarter & English,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, KAYS—15.

*For reversal*—None.